*ner,* Special Asst. Attorney General, for plaintiff *William J. McGair,* for defendant.

Appeal No. 75-68. INDUSTRIAL NATIONAL BANK *v.* ADAM FARKAS. Motion of defendant to stay proceedings is denied and he is ordered to file his memorandum in opposition by March 26, 1976. *Hinckley, Allen, Salisbury & Parsons, Michael DeFanti,* for plaintiff. *Adam Farkas,* defendant, pro se.

Appeal No. 75-326. VIOLET M. CAVANAGH *v.* ROBERT D. CAVANAGH. This case is incomprehensible on the record and memoranda presently before the court. Accordingly, the plaintiff is ordered to reply to the defendant's motion for a restraining order, and all parties are directed to file new memoranda which will set forth, briefly and succinctly, the remedy which they seek and the law upon which they rely. All memoranda and replies are to be filed by March 26, 1976. *Robert H. Breslin Jr.,* for plaintiff. *George Ajootian,* for defendant.

Appeal No. 76-95. IN RE: EDWARD PELOQUIN. Petition for appointment of attorney denied. *Edward Peloquin,* petitioner, pro se.

## March 25, 1976

M. P. No. 76-55. JAMES R. OLEAN *v.* BURTON STALLWOOD *et al.* Petition in equity in the nature of quo warranto under G. L. 1956 (1969 Reenactment) §10-14-1, is denied without prejudice to the filing of a proper petition naming the proper parties, *Robert H. Newman,* for petitioner. *John Quattrocchi III,* Town Solicitor, for respondent.

M. P. No. 76-68. ANTHONY ARUTE *et al. v.* FRANK L. HVIZDOS *et al.* Petition for writ of certiorari denied. *Oster, Espo, Fay & Groff, George M. Prescott,* for petitioners. *Robert J. Mailloux, Jr.,* Boston, Mass., *Roland O. Fournier,* for respondents.